

Same case below, 357 Fed. Appx. 677.

**No. 09-10768. Jose Antonio Garcia-Gracian, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3440, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4828.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 329 Fed. Appx. 145.

**No. 09-10775. John Maurice Henoud, Petitioner v. United States.**

560 U.S. 977, 130 S. Ct. 3440, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4815.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 263.

**No. 09-10770. Tony Nenninger, Petitioner v. United States Forest Service, et al.**

560 U.S. 977, 130 S. Ct. 3440, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4934.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 353 Fed. Appx. 80.

**No. 09-10779. Lawrence E. Simmons, Jr., Petitioner v. United States.**

560 U.S. 977, 130 S. Ct. 3441, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4922.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10772. Kinsey Cory Herder, Petitioner v. United States.**

560 U.S. 977, 130 S. Ct. 3440, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4904.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 594 F.3d 352.

**No. 09-10789. Eugene Troy Ellis, Petitioner v. United States; Karl W. Landry, Petitioner v. United States; Vasshon Haywood, Petitioner v. United States; Willie Powell, Jr., Petitioner v. United States; David Robichaux, Petitioner v. United States; Craig Jones, Petitioner v. United States; Emile Russell, Petitioner v. United States; David Cao, aka Davis Cao, Petitioner v. United States; Kenneth Hills, Petitioner v. United States; Derrick Davis, Petitioner v. United States; Warren Stevenson, Petitioner v. United States; Timothy Tapp, Petitioner v. United States; Russell Washington, Petitioner v. United States; Harry Handy, Petitioner v. United States; Ernest Allen, Petitioner v. United**

**No. 09-10773. John A. Robinson, Petitioner v. United States.**

560 U.S. 977, 130 S. Ct. 3440, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4913.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.